Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

## VA 2-379-663

**Effective Date of Registration:**
November 17, 2023
**Registration Decision Date:**
January 19, 2024

---

## Title

**Title of Work:** Deerskull Dreamcatcher

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 21, 2016
**Nation of 1st Publication:** Norway

## Author

- **Author:** Sunniva Grotle Myster
  **Pseudonym:** Sunima
  **Author Created:** 2-D artwork
  **Citizen of:** Norway
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sunniva Grotle Myster
Hylkjebakken 46, Hylkje, 5109, Norway

## Rights and Permissions

**Name:** Sunniva Grotle Myster
**Email:** sunny_drawer@hotmail.com
**Address:** Hylkjebakken 46
Hylkje 5109 Norway

## Certification

**Name:** David Denholm



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

 Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Title = Deerskull Dreamcatcher

Search Results: Displaying 2 of 2 entries



---

Labeled View

---

*Deerskull Dreamcatcher; / Sunniva Grotle Myster; Reg. VA0002379663.*

|  |  |
|---|---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V15025D898 |
| **Date of Recordation:** | 2024-06-11 |
| **Entire Copyright Document:** | V15025 D898 P1 |
| **Date of Execution:** | 04May17 |
| **Registration Number Not Verified:** | VA0002379663 |
| **Title:** | Deerskull Dreamcatcher; 2D Art / Sunniva Grotle Myster; Reg. VA0002379663. |
| **Notes:** | Assignment of Copyright. |
| **Party 1:** | Sunniva Grotle Myster, Jaegerbakken 12, Bergen, NOR |
| **Party 2:** | Kevin Bane, 1518 19th Avenue, Longmont, CO, USA |
| **Names:** | Myster, Sunniva Grotle |
|  | Bane, Kevin |
|  | Sunniva Grotle Myster |



---

| **Save, Print and Email (Help Page)** |
| Select Download Format [Full Record ▾] [ Format for Print/Save ] |
| Enter your email address: [_____] [ Email ] |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-379-925**

**Effective Date of Registration:**
November 17, 2023
**Registration Decision Date:**
January 22, 2024

---

## Title

**Title of Work:** Save the wolf

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 29, 2017
**Nation of 1st Publication:** Norway

## Author

- **Author:** Sunniva Grotle Myster
  **Pseudonym:** Sunima
  **Author Created:** 2-D artwork
  **Citizen of:** Norway
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sunniva Grotle Myster
Hylkjebakken 46, Hylkje, 5109, Norway

## Rights and Permissions

**Name:** Sunniva Grotle Myster
**Email:** sunny_drawer@hotmail.com
**Address:** Hylkjebakken 46
Hylkje 5109 Norway

## Certification

**Name:** David Denholm



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = Save the wolf
Search Results: Displaying 3 of 3 entries



---

**Labeled View**

***Save the wolf; / Sunniva Grotle Myster; Reg. VA0002379925.***

|  |  |
|---|---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V15027D029 |
| **Date of Recordation:** | 2024-07-26 |
| **Entire Copyright Document:** | V15027 D029 P1 |
| **Date of Execution:** | 15Sep17 |
| **Registration Number Not Verified:** | VA0002379925 |
| **Title:** | Save the wolf; 2D Art / Sunniva Grotle Myster; Reg. VA0002379925. |
| **Notes:** | Assignment of Copyright. |
| **Party 1:** | Sunniva Grotle Myster, Solbrekken 7, Morvik, NOR |
| **Party 2:** | Kevin Bane d.b.a. The Dreaming Dragon, 1518 19th Avenue, Longmont, CO, USA |
| **Alternative Title:** | Wolf face half and half |
| **Names:** | Myster, Sunniva Grotle |
|  | Bane, Kevin |
|  | Sunniva Grotle Myster |



---

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [                    ] [Email] |

---

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-378-779

**Effective Date of Registration:**
November 17, 2023
**Registration Decision Date:**
January 16, 2024

## Title
_____

**Title of Work:** Yin Yang wolves

## Completion/Publication
_____

**Year of Completion:** 2017
**Date of 1st Publication:** September 11, 2017
**Nation of 1st Publication:** Norway

## Author
_____

- **Author:** Sunniva Grotle Myster
  **Pseudonym:** Sunima
  **Author Created:** 2-D artwork
  **Citizen of:** Norway
  **Pseudonymous:** Yes

## Copyright Claimant
_____

**Copyright Claimant:** Sunniva Grotle Myster
Hylkjebakken 46, Hylkje, 5109, Norway

## Rights and Permissions
_____

**Name:** Sunniva Grotle Myster
**Email:** sunny_drawer@hotmail.com
**Address:** Hylkjebakken 46
Hylkje 5109 Norway

## Certification
_____

**Name:** David Denholm



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = Yin Yang wolves
Search Results: Displaying 4 of 4 entries



---

Labeled View

*Yin Yang wolves; / Sunniva Grotle Myster; Reg. VA0002378779.*

**Type of Work:** Recorded Document
**Document Number:** V15026D218
**Date of Recordation:** 2024-06-24
**Entire Copyright Document:** V15026 D218 P1
**Date of Execution:** 15Sep17
**Registration Number Not Verified:** VA0002378779
**Title:** Yin Yang wolves; 2D Art / Sunniva Grotle Myster; Reg. VA0002378779.
**Notes:** Assignment of Copyright.
**Party 1:** Sunniva Grotle Myster, Solbrekken 7, Morvik, NOR
**Party 2:** Kevin Bane d.b.a. The Dreaming Dragon, 1518 19th Avenue, Longmont, CO, USA
**Names:** Myster, Sunniva Grotle
Bane, Kevin
Sunniva Grotle Myster



**Save, Print and Email (Help Page)**
Select Download Format [Full Record] [Format for Print/Save]
Enter your email address: [_____] [Email]

---

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

**VA 2-379-664**

Effective Date of Registration:
November 17, 2023
Registration Decision Date:
January 19, 2024

---

## Title

**Title of Work:** Anubis

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 28, 2017
**Nation of 1st Publication:** Norway

## Author

- **Author:** Sunniva Grotle Myster
  **Pseudonym:** Sunima
  **Author Created:** 2-D artwork
  **Citizen of:** Norway
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sunniva Grotle Myster
Hylkjebakken 46, Hylkje, 5109, Norway

## Rights and Permissions

**Name:** Sunniva Grotle Myster
**Email:** sunny_drawer@hotmail.com
**Address:** Hylkjebakken 46
Hylkje 5109 Norway

## Certification

**Name:** David Denholm



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = Sunniva Grotle Myster
Search Results: Displaying 1 of 4 entries



Labeled View

---

***Anubis; / Sunniva Grotle Myster; Reg. VA0002379664.***

|  |  |
|---|---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V15026D219 |
| **Date of Recordation:** | 2024-06-24 |
| **Entire Copyright Document:** | V15026 D219 P1 |
| **Date of Execution:** | 12Oct17 |
| **Registration Number Not Verified:** | VA0002379664 |
| **Title:** | Anubis; 2D Art / Sunniva Grotle Myster; Reg. VA0002379664. |
| **Notes:** | Assignment of Copyright. |
| **Party 1:** | Sunniva Grotle Myster, Solbrekken 7, Morvik, NOR |
| **Party 2:** | Kevin Bane d.b.a. The Dreaming Dragon, 1518 19th Avenue, Longmont, CO, USA |
| **Names:** | Myster, Sunniva Grotle |
|  | Bane, Kevin |
|  | Sunniva Grotle Myster |



---

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [                    ] [Email] |

---

Help | Search | History | Titles | Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-359

**Effective Date of Registration:**
April 08, 2024
**Registration Decision Date:**
July 19, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Dreamcatcher with Skull and Dragonfly |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | May 04, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Sunniva Grotle Myster |
| **Pseudonym:** | Sunima |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Norway |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kevin Bane |
| | 1902 N Fountain Green Road, Unit 303, Belair, MD, 21015, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kevin Bane |
| **Email:** | kevinbane01@gmail.com |
| **Address:** | 1902 N Fountain Green Road |
| | Unit 303 |
| | Belair, MD 21015 United States |

## Certification



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

 Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Title = Dreamcatcher with Skull and Dragonfly

Search Results: Displaying 1 of 1 entries



---

Labeled View

---

*Dreamcatcher with Skull and Dragonfly.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002404359 / 2024-04-08 |
| **Application Title:** | Dreamcatcher with Skull and Dragonfly. |
| **Title:** | Dreamcatcher with Skull and Dragonfly. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Kevin Bane, Transfer: By written agreement. Address: 1902 N Fountain Green Road, Unit 303, Belair, MD, 21015, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-05-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Sunima, pseud. of Sunniva Grotle Myster (author of pseudonymous work); Citizenship: Norway. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Kevin Bane, 1902 N Fountain Green Road, Unit 303, Belair, MD, 21015, United States, kevinbane01@gmail.com |
| **Names:** | Myster, Sunniva Grotle |
|  | Sunima, pseud. |
|  | Bane, Kevin |



---

| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format | Full Record ⌄    Format for Print/Save |
| Enter your email address: | [                    ]  Email |



---

Help    Search    History    Titles    Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=Dreamcatcher+with+Skull+and+Dragonfly&Search_Code=TALL&PID=wKIom4Qurh-msL…    1/2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-158

**Effective Date of Registration:**
April 08, 2024
**Registration Decision Date:**
July 18, 2024

---

## Title

**Title of Work:** The Dreaming Dragon Slashing Dragon

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 24, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Sunniva Grotle Myster
  **Pseudonym:** Sunima
  **Author Created:** 2-D artwork
  **Citizen of:** Norway
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Kevin Bane
1902 N Fountain Green Road, Unit 303, Belair, MD, 21015, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Kevin Bane
**Email:** kevinbane01@gmail.com
**Address:** 1902 N Fountain Green Road
Unit 303
Belair, MD 21015 United States

## Certification

Page 1 of 2



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VA0002404158
Search Results: Displaying 1 of 1 entries


previous | next

Labeled View

*The Dreaming Dragon Slashing Dragon.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002404158 / 2024-04-08 |
| **Application Title:** | The Dreaming Dragon Slashing Dragon. |
| **Title:** | The Dreaming Dragon Slashing Dragon. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Kevin Bane, Transfer: By written agreement. Address: 1902 N Fountain Green Road, Unit 303, Belair, MD, 21015, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-08-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Sunima, pseud. of Sunniva Grotle Myster (author of pseudonymous work); Citizenship: Norway. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Kevin Bane, 1902 N Fountain Green Road, Unit 303, Belair, MD, 21015, United States, kevinbane01@gmail.com |
| **Names:** | Myster, Sunniva Grotle |
| | Sunima, pseud. |
| | Bane, Kevin |


previous | next

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format | Full Record ▾  Format for Print/Save |
| Enter your email address: | [                    ] Email |

Help    Search    History    Titles    Start Over



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-404-363

**Effective Date of Registration:**
April 08, 2024
**Registration Decision Date:**
July 19, 2024

---

## Title

**Title of Work:** Dragon and Wolf Tribal

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** September 30, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Sunniva Grotle Myster
  **Pseudonym:** Sunima
  **Author Created:** 2-D artwork
  **Citizen of:** Norway
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Kevin Bane
1902 N Fountain Green Road, Unit 303, Belair, MD, 21015, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Kevin Bane
**Email:** kevinbane01@gmail.com
**Address:** 1902 N Fountain Green Road
Unit 303
Belair, MD 21015 United States

## Certification



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = Dragon and Wolf Tribal
Search Results: Displaying 1 of 1 entries



Labeled View

*Dragon and Wolf Tribal.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002404363 / 2024-04-08 |
| **Application Title:** | Dragon and Wolf Tribal. |
| **Title:** | Dragon and Wolf Tribal. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Kevin Bane, Transfer: By written agreement. Address: 1902 N Fountain Green Road, Unit 303, Belair, MD, 21015, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-09-30 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Sunima, pseud. of Sunniva Grotle Myster (author of pseudonymous work); Citizenship: Norway. Authorship: 2-D artwork. |
| **Rights and Permissions:** | Kevin Bane, 1902 N Fountain Green Road, Unit 303, Belair, MD, 21015, United States, kevinbane01@gmail.com |
| **Names:** | Myster, Sunniva Grotle |
|  | Sunima, pseud. |
|  | Bane, Kevin |





**Save, Print and Email (Help Page)**
Select Download Format [Full Record ▾]  [Format for Print/Save]
Enter your email address: [_____]  [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

